**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

NINA GIVEN,

        Plaintiff,

vs.                            CASE NO. 5:10cv32/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

        Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 16). No objections have been filed.

**IT IS ORDERED**:

1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.     The decision of the Commissioner to deny Plaintiff's application for social security benefits is **affirmed,** and this case is dismissed.

3.     The clerk is directed to close the file.

**ORDERED** on December 3, 2010.

                                /S/ Richard Smoak_____
                                **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**